

# City of Revere

**Office of the City Solicitor**
281 Broadway
Revere, MA 02151
O: 781-286-8166
F: 781-286-8205

**Brian M. Arrigo**
*Mayor*

**Paul Capizzi**
*City Solicitor*
**Daniel E. Doherty**
*Assistant City Solicitor*
**Sheryl A. Pelletier**
*Paralegal*

March 2, 2022

The Honorable Robert B. Collings
United States District Court
District of Massachusetts
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   **Ortiz v. City of Revere et al.**
      **Case No. 1:21-cv-11527-LTS**

Dear Magistrate Judge Collings:

Pursuant to your electronic order of February 22, 2022, the following dates are convenient to all parties and counsel to hold a mediation: March 24, 29, and 31, 2022, with a particular preference for either March 29 or 30.

Thank you for your considerate attention.

Very truly yours,

Daniel E. Doherty
Assistant City Solicitor

DED/sap

cc:   Andrew R. Burger, Esq.