UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMANDA ORTIZ,<br>                    Plaintiff,<br><br>v.<br><br>OFFICER MARC BIRRITTERI,<br>REVERE POLICE DEPARTMENT,<br>and CITY OF REVERE,<br>                    Defendants. | C.A. NO. 1:21 –CV-11527 |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendants Marc Birritteri and City of Revere in the above-captioned action.

    /s/ Daniel E. Doherty
Paul Capizzi, City Solicitor
BBO# 646296A
pcapizzi@revere.org
Daniel E. Doherty, Assistant City Solicitor
BBO# 127010
ddoherty@revere.org City
Hall, 281 Broadway Revere,
MA 02151
(781) 286-8166

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

    /s/ Daniel E. Doherty
Daniel E. Doherty
Assistant City Solicitor

Dated: March 24, 2022